ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
VATANA LAY, ESQ.
Nevada Bar No. 12993
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
 rebekkah.bodoff@akerman.com
 vatana.lay@akerman.com

*Attorneys for U.S. Bank, National Association, Not in its individual capacity but solely as Trustee of SW REMIC Trust 2015-1 c/o Seneca Mortgage Servicing LLC 611 Jamison Road, Elma, NY 14059 and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2015-1 C/O SENECA MORTGAGE SERVICING LLC 611 JAMISON ROAD, ELMA, NY 14059,<br><br>Plaintiff,<br><br>vs.<br><br>CASOLEIL HOMEOWNERS ASSOCIATION; LVDG, LLC d/b/a LVDG SERIES 109; THUNDER PROPERTIES, INC.; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00307-MMD-WGC<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO SUBSTITUTE BANK OF AMERICA, N.A. AS REAL PLAINTIFF IN INTEREST |

The matter is before the Court on plaintiff U.S. Bank National Association, not in its individual capacity but solely as trustee of SW REMIC Trust 2015-1 c/o Seneca Mortgage Servicing LLC 611 Jamison Road, Elma, NY 14059's (**U.S. Bank**) motion to substitute Bank of America, N.A. as the real party in interest.

1

Upon review of the pleadings, declarations, and evidence presented, it appears to the satisfaction of the court, and the court finds, that the motion should be granted as follows:

- Bank of America, N.A. is hereby substituted as the real party in interest as plaintiff in this matter;
- All claims previously asserted by U.S. Bank against defendants are assumed by Bank of America, N.A.; and
- U.S. Bank's role in this matter is terminated.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: November 3, 2017