ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC.
AND LVDG, LLC [SERIES 109]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:16-cv-00307-MMD-WGC<br>) |
| CASOLEIL HOMEOWNERS ASSOCIATION;<br>LVDG, LLC d/b/a LVDG SERIES 109;<br>THUNDER PROPERTIES, INC.; and ALESSI<br>& KOENIG, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
RELATED TO MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendants, THUNDER PROPERTIES, INC. and LVDG, LLC [SERIES 109], by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 30, 2017, Plaintiff filed a Motion for Summary Judgment herein [ECF #55]. Responses are presently due on December 21, 2017.

2. Defendants' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. Specifically,

Defendants' counsel has responded to approximately 15-20 summary judgment motions that have been filed in various cases over the course of the past several weeks. In addition, Defendants' counsel has had several appellate briefs due within the past several weeks and coming weeks.

3. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until January 26, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. For reasons similar to those set forth above, Plaintiff desires an extension of time in which to file any Reply to Defendants' Response. To that end, Plaintiff has requested and shall be granted an extension of time until February 16, 2018, in which to file its Reply to Defendants' Response to Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this  20th  day of December, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*
*and LVDG, LLC [Series 109]*

AKERMAN, LLP

/s/ *Karen A. Whelan*
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: December 20, 2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___20th___ day of December, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Rebekkah B Bodoff
Akerman
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5039
rebekkah.bodoff@akerman.com
*Attorney for Plaintiff*
*US Bank National Association*

Thera A Cooper
Akerman LLP
1160 Town Center Drive
Las Vegas, NV 89144
702-634-5000 x5041
Thera.cooper@akerman.com
*Attorney for Plaintiff*
*US Bank National Association*

Christine M. Parvan
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Plaintiff*
*US Bank National Association*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*US Bank National Association*

Donna M. Wittig
Akerman LLP
1600 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiff*
*US Bank National Association*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
702-228-7590
702-892-0122 (fax)
bkfilings@s-mlaw.com
*Attorney for Chapter 7 Trustee*
*Shelley D. Krohn*

Sean L. Anderson
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
(702) 538-9074
(702) 538-9113 (fax)
sanderson@leachjohnson.com
*Attorney for Defendant*
*Casoleil Homeowners Association*

Ryan Warren Reed
Leach Johnson Song & Gruchow
8945 W. Russell Rd., Ste. 330
Las Vegas, NV 891148
702-538-9074
702-538-9113 (fax)
rreed@leachjohnson.com
*Attorney for Defendant*
*Casoleil Homeowners Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

4892 Bougainvillea