**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN W. REED
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rreed@leachjohnson.com
*Attorneys for Defendant Casoleil Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2015-1 C/O SENECA MORTGAGE SERVICING LLC 611 JAMISON ROAD, ELMA, NY 14059,<br><br>Plaintiff,<br><br>vs.<br><br>CASOLEIL HOMEOWNERS ASSOCIATION; LVDG, LLC d/b/a LVDG SERIES 109; THUNDER PROPERTIES, INC.; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00307-MMD-WDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO RESPONSE TO CASOLEIL HOMEOWNERS' ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF 61]**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank National Association, Not in Its Individual Capacity but Solely as Trustee of SW Remic Trust 2015-1 c/o Seneca Mortgage Servicing LLC 611 Jamison Road, Elma, NY 14059 ("Plaintiff") and Defendant Casoleil Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Association filed and served its Motion to Motion for Summary Judgment (ECF 54) ("Motion") on November 30, 2017.

2. Plaintiff filed and served its Opposition to Casoleil Homeowners Association's Motion for Summary Judgment [ECF 61] on December 21, 2017.

3. Pursuant to Local Rule, a Reply is due on or before January 4, 2018.

-1-

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Reply to Response to Motion for Summary Judgment. Association shall have up to and including January 26, 2018, to file its Reply. The Association's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Response to Motion for Summary Judgment.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 4th day of January, 2018.

| AKERMAN, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Karen A. Whelan<br>Ariel E. Stern<br>Nevada Bar No. 8276<br>Karen A. Whelan<br>Nevada Bar No. 10466<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Las Vegas, Nevada 89106<br>*Counsel for Plaintiff* | /s/ Ryan W. Reed<br>Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan W. Reed<br>Nevada Bar No. 11695<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Casoleil Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

Dated this __4th__ day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), the undersigned, an employee of LEACH JOHNSON SONG & GRUCHOW, hereby certified that on the 4th day of January, 2018, she served a true and correct copy of the foregoing, **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO RESPONSE TO CASOLEIL HOMEOWNERS' ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF 61]** to all parties via CM/ECF.

| | |
|---|---|
| Ariel E. Stern<br>Rebekkah B. Bodoff<br>AKERMAN, LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Facsimile: 702.634.5039<br>ariel.stern@akerman.com<br>rebekkah.bodoff@akerman.com<br>*Attorneys for Plaintiff* | Jeanette E. McPherson<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. Jones Boulevard, Suite 1100<br>Las Vegas, Nevada 89146<br>bkfilings@s-mlaw.com<br>*Attorneys for Interested Party* |

*/s/ Robin Callaway*
An Employee of LEACH JOHNSON SONG & GRUCHOW