ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
**AKERMAN LLP**
1635 Village Center Cir., Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rebekkah.bodoff@akerman.com
Email: karen.whelen@akerman.com

*Attorneys for U.S. Bank, National
Association, Not in its individual capacity
but solely as Trustee of SW REMIC Trust
2015-1 c/o Seneca Mortgage Servicing
LLC 611 Jamison Road, Elma, NY 14059*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2015-1 C/O SENECA MORTGAGE SERVICING LLC 611 JAMISON ROAD, ELMA, NY 14059,<br><br>Plaintiff,<br><br>vs.<br><br>CASOLEIL HOMEOWNERS ASSOCIATION; LVDG, LLC d/b/a LVDG SERIES 109; THUNDER PROPERTIES, INC.; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00307-MMD-WGC<br><br>**JOINT STATUS REPORT WITH STIPULATION AND ORDER TO SET DISCOVERY AND DISPOSITIVE MOTIONS FILING DEADLINES** |

Plaintiff U.S. Bank National Association, not n its individual capacity but solely as trustee of SW Remic Trust 2015-1 c/o Seneca Mortgage Servicing LLC 611 Jamison Road, Elma NY, 14059, defendant Casoleil Homeowners Association, Thunder Properties, Inc., and Alessi and Koenig, LLC submit the following status report pursuant to the court's order entered January 22, 2018, ECF No. 65:

1

1. On January 22, 2018, this court, by stipulation of the parties, stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 65.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question and ordered all pending motions may be re-filed within thirty days from the decision. (*Id.*)

2. The Nevada supreme court answered the certified question affirmatively on August 2, 2018, confirming that "even before the October 1, 2015, amendment to NRS 116.31168, the statute incorporated NRS 107.090's requirement to provide foreclosure notices to all holders of subordinate interests, even when such persons or entities did not request notice." *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *5 (Nev. Aug. 2, 2018).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.  Discovery was closed at the time the stay was entered. (See ECF Nos. 34, 65.) The parties agree, based on the court's order, the stay entered on January 11, 2018 should be lifted and request the court permit the parties 21 days from the court entering an order lifting stay to meet and confer to discuss the case and, should it be necessary, file a proposed amended discovery plan and scheduling order and to set dates to re-file dispositive motions.

Dated this 7th day of August, 2018

**AKERMAN LLP**

/s/Karen A. Whelan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Cir., Ste. 200
Las Vegas, Nevada 89134

*Attorneys for U.S. Bank, National Association, Not in its individual capacity but solely as Trustee of SW REMIC Trust 2015-1 c/o Seneca Mortgage Servicing LLC 611 Jamison Road, Elma, NY 14059*

**ROGER P. CROTEAU & ASSOCIATES, LTD**

/s/Timothy Rhoda
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road Suite 100
Las Vegas, NV 89148

*Attorneys for LVDG, LLC dba LVDG Series 109 and Thunder Properties, Inc.*

**LEACH JOHNSON SONG & GRUCHOW**

/s/Ryan W. Reed
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN W. REED, ESQ.
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Desert Casoleil Homeowners' Association*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

William G. Cobb

**UNITED STATES MAGISTRATE JUDGE**

DATED: ___August 8, 2018___

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572