ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
   karen.whelan@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CASOLEIL HOMEOWNERS ASSOCIATION; LVDG, LLC d/b/a LVDG SERIES 109; THUNDER PROPERTIES, INC.; and ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00307-MMD-WGC <br><br> **STIPULATION AND ORDER REGARDING DISPOSITIVE MOTION DEADLINE [ECF No. 69]** |

Bank of America, N.A., Casoleil Homeowners Association, LVDG, LLC d/b/a LVDG Series 109, and Thunder Properties, Inc.[1] by and through their undersigned counsel, stipulate to the extend the deadline to re-file dispositive motions in this case to **November 9, 2018.**

1. On January 22, 2018, this court, by stipulation of the parties, stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 65.)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018).

3. The court lifted the stay in this matter on August 8, 2018. *See* ECF No. 69.

---

[1] Defendant Alessi and Koenig, LLC is currently in bankruptcy and not actively participating in this proceeding.

1

4. The parties agree their previously-filed dispositive motion briefing needs to be updated in light of the Nevada Supreme Court's ruling. To that end, the parties agree to file opening dispositive motions by November 9, 2018. The timing of responses and replies will be governed by the rules and any further stipulation by the parties.

DATED August 30, 2018.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON & SONG** |
|---|---|
| /s/ Karen A. Whelan | /s/ Ryan W. Reed |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>KAREN A. WHELAN, ESQ.<br>Nevada Bar No. 10466<br>1635 Village Center Cir., Ste. 200<br>Las Vegas, Nevada 89134 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN W. REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Desert Casoleil Homeowners' Association* |

**ROGER P. CROTEAU & ASSOCIATES, LTD**

/s/ Timothy Rhoda
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road Suite 100
Las Vegas, NV 89148

*Attorneys for LVDG, LLC dba LVDG Series 109 and Thunder Properties, Inc.*

**ORDER**

**IT IS SO ORDERED.**

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2018