ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
donna.wittig@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CASOLEIL HOMEOWNERS ASSOCIATION; LVDG, LLC d/b/a LVDG SERIES 109; THUNDER PROPERTIES, INC.; and ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00307-MMD-WGC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES** <br><br> **(FIRST REQUEST)** |

Bank of America, N.A. (**BANA**), Thunder Properties, Inc., (**Thunder**), LVDG, LLC d/b/a LVDG Series 109 (**LVDG**), and Casoleil Homeowners Association (**Casoleil**) stipulate and agree BANA shall have up to and including **December 28, 2018**, to file its reply in support of its renewed motion for summary judgment [ECF No. 76] and in response to Thunder and LVDG's opposition thereto [ECF No. 78]. The parties further hereby stipulate and agree Casoleil shall have up to and including **December 28, 2018**, to file its reply in support of its motion for summary judgment [ECF No. 75] and in response to BANA's opposition thereto [ECF No. 77]. Thunder and LVDG's response to BANA's summary judgment motion was filed on November 30, 2018. BANA's response to Casoleil's summary judgment motion was also filed on November 30, 2018. BANA and Casoleil's respective replies are currently due on December 14, 2018.

47261843;1

This is the parties' first request for an extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED December 13th, 2018.

| | |
|---|---|
| **LEACH KERN GRUCHOW ANDERSON SONG** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| */s/ Ryan W. Reed* | */s/ Timothy E. Rhoda* |
| SEAN L. ANDERSON, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 7259 | Nevada Bar No. 4958 |
| RYAN WARREN REED, ESQ. | TIMOTHY RHODA, ESQ. |
| Nevada Bar No. 11695 | Nevada Bar No. 7878 |
| 2525 Box Canyon Drive | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89148 |
| *Attorneys for Casoleil Homeowners Association* | *Attorneys for LVDG, LLC d/b/a LVDG Series 109 and Thunder Properties, Inc.* |

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: December 17, 2018

47261843;1